**Charles E. PRINGLE, Petitioner—Appellant,**

v.

**WARDEN, UNITED STATES PENITENTIARY HAZELTON, Respondent—Appellee,**

**and**

**United States Department of Justice; U.S. Parole Commission; USP Hazelton, Respondents.**

No. 08–7618.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 22, 2009.

Charles E. Pringle, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Betsy C. Jividen, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Pringle, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pringle v. Warden,* No. 5:06–cv–00160–FPS–JSK (N.D.W.Va. July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*